B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael Raymon Gilmer, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
  MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| MARK COATS, individually,<br>JOAN DETLOFF, individually,<br>KATHERINE GREENWOOD, individually,<br>LORETTA MEINSEN, individually,<br>DOROTHY SARTOR, individually,<br>RONALD ST. PIERRE, individually,<br>MARGIE TIMS, individually,<br>SHARON TUMINSKI, individually,<br>JOSEPH WILCHER, individually,<br>NORMA WINTON, individually,<br>FREDDIE SMITH, individually,<br>GERALD RITTENBERRY, individually,<br>NANCY SANDERS, individually,<br>                Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>                Defendants. | STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO PLAINTIFF'S DOROTHY SARTOR AND NANCY SANDERS<br>CASE NO. 3:06-cv-4048-CRB |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

Come now the Plaintiff and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of Plaintiff's Dorothy Sartor and Nancy Sanders from this action without prejudice with each side bearing its own attorneys' fees and costs.

Should Plaintiff's or a representative of Plaintiff's attempt to re-file claim against Defendants, they should do so only by re-filing in the United States District Court.

DATED: October 4, 2006.

By: _____

B. Kristian W. Rasmussen, III, FL Bar No. 0229430
Rachael M. Raymon, FL Bar No. 0887331
LEVIN, PAPANTONIO, THOMAS,
 MITCHELL, ECHSNER & PROCTOR, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone: (850) 435-7080
Facsimile: (850) 435-7020
Attorneys for Plaintiff

DATED: October 5, 2006.

By: _____
Stuart M. Gordon

Stuart M. Gordon, Esq.
CA Bar No.: 37477
GORDON & REES
275 Battery Street, Ste. 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 262-3801
Attorney for the Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 6, 2006

Hon. Charles R. Breyer
United States District [Judge]

*IT IS SO ORDERED — Judge Charles R. Breyer — United States District Court, Northern District of California*

-2-

**STIPULATION AND ORDER OF DISMISSAL**

PFZR/1035934/1030331v.1