1

2   Peter Lawrence Kaufman
    LEVIN PAPANTONIO THOMAS MITCHELL ECHSNER & PROCTOR, P.A.
3   316 South Baylen Street, Suite 600
    Pensacola, Florida 32502
4   Telephone: (850) 435-7106
    Facsimile: (850) 436-6107
5   pkaufman@levinlaw.com
    Attorneys for Plaintiffs
6

7                       UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9   _____ )
                                     )
10  IN RE: BEXTRA AND CELEBREX       )    MDL NO. 1699
    MARKETING SALES PRACTICES AND    )    District Judge:  Charles R. Breyer
11  PRODUCT LIABILITY LITIGATION     )
                                     )
12  _____ )
    This Document Relates to:        )
13                                   )
    *Kevin Gribbon v. Pfizer Inc, et al.*  )  **STIPULATION AND ORDER OF**
14  (Case No. 06-0423 CRB)           )    **DISMISSAL OF ALL REMAINING**
                                     )    **PLAINTIFFS WITH PREJUDICE**
15  *Mark Coats v. Pfizer Inc, et al.*  )
    (Case No. 06-4048 CRB)           )
16                                   )
17  _____ )

18      Come now all remaining Plaintiffs in these actions, including <u>but not limited</u> to Kathleen

19  Gribbon (Case No. 06-0423 CRB) and Sylvia St. Pierre (Case No. 06-4048 CRB), and

20  Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

21  Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with

22  each side bearing its own attorneys' fees and costs.

23

24      DATED: Nov. 4 , 2009     By:_____

25                                   LEVIN PAPANTONIO THOMAS MITCHELL
26                                   ECHSNER & PROCTOR, P.A.
                                     316 South Baylen Street, Suite 600
27                                   Pensacola, Florida 32502
                                     Telephone: (850) 435-7106
28                                   Facsimile: (850) 436-6107
                                     *Attorneys for Plaintiffs*

                                     -1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
EAST\42578981.1

1

2

3    DATED: Nov. 4 , 2009      By: _____

4                                       DLA PIPER LLP (US)
                                         1251 Avenue of the Americas
5                                       New York, New York 10020
                                         Telephone: (212) 335-4500
6                                       Facsimile: (212) 335-4501
                                         *Defendants' Liaison Counsel*
7

8

9

10   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
      IT IS SO ORDERED.**

11

12   Dated: _____

13                                       _____
                                         Hon. Charles R. Breyer
                                         United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42578981.1